# United States District Court
## Violation Notice

CVB Location Code: **MI65**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **6077979** | Thomas | 1498 |

**RECEIVED NOV 02 2016 ELIZABETH A. STAFFORD U.S. MAGISTRATE JUDGE**

6077979

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **7/27/2016**
Offense Charged: ☐ CFR ☒ USC ☐ State Code: **18 USC 113(a) 4-5**

Place of Offense: **Delta Airlines 5203**

Offense Description: Factual Basis for Charge — HAZMAT ☐

**Simple Assault — Inappropriate Touching**

### DEFENDANT INFORMATION
Phone: (262) 484-3538

| Last Name | First Name | M.I. |
|---|---|---|
| Finkley | Christopher | C |

Street Address: **1688 Citadel Lane**

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Myrtle Beach | SC | 29577 | 7/20/72 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 004382075 | | SC | 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 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BLK | Eyes: BR | Height: 5'10" | Weight: 290

### VEHICLE
VIN: N/A — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _[signed]_

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN AUG 05, 2016 09:50

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __7/27__, 20__16__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __Michigan__

I was contacted by Detroit Metro Airport police who had responded to Delta AT FLT # 5203 for an inflight incident of indecent exposure and inappropriate touching. I subsequently interviewed the victim who stated Mr. Finkley had inappropriately touched her arm, leg, and thigh area as well as attempting to get his fingers into under and into her shorts on her thigh. Subject also admitted during interview he touched her arm, leg and thigh area w/o her permission.

The foregoing statement is based upon:

☐ my personal observation     ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __7/27/2016__        [signature]
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

RECEIVED NOV 02 2016 ELIZABETH A. STAFFORD U.S. MAGISTRATE JUDGE

OVB SCAN AUG 05, 2016 09:09:50